UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No. CV 01-1936 GAF (RCx)          Date: September 21, 2004

Title: Christina Reed, et al. vs. Singapore Airlines

================================================================

PRESENT: HONORABLE DICKRAN TEVRIZIAN, JUDGE

Valencia R. Vallery                    None Present
Courtroom Deputy                       Court Recorder

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:


PROCEEDINGS:   SETTLEMENT CONFERENCE (In chambers)

 X  Case settles.

___ Case does not settle.

___ Court sets further settlement conference on:_____
    at_____.

___ Counsel to file:_____

 X  Time spent on settlement was: _____ hours.

___ OTHER:

MINUTES FORM 11                         Initials of Deputy Clerk _____
- General

SEP 24 2004

DOCKETED ON CM
SEP 24 2004
BY _____ 026