1  Rod D. Margo (State Bar No.: 97706)
   Frank A. Silane (State Bar No.: 90940)
2  Scott D. Cunningham (State Bar No.: 200413)
   CONDON & FORSYTH LLP
3  1901 Avenue of the Stars, Suite 850
   Los Angeles, California 90067-6010
4  Telephone: (310) 557-2030
   Facsimile:  (310) 557-1299
5
   Attorneys for Defendant
6  SINGAPORE AIRLINES, LTD.
7
8             UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10
11 IN RE                                ) Case No. 01-ML-1394-GAF-(RCx)
                                        )
12 AIR CRASH AT TAIPEI, TAIWAN ON       ) This Document Relates to:
   OCTOBER 31, 2000                     )
13                                      ) Case No. CV01-01936 GHK (RCx)
                                        ) *(Christina Reed, et al. v. Singapore
14                                      ) Airlines, Ltd.)*
                                        )
15                                      ) **STIPULATION OF DISMISSAL;
                                        ) [PROPOSED] ORDER**
16                                      )
                                        )
17                                      )
                                        )
18
19
20      Plaintiffs CHRISTINA REED and TIMOTHY REED, and defendant
21 SINGAPORE AIRLINES, LTD ("SIA"), hereby request that the above referenced
22 action be, and hereby is, dismissed with prejudice as against all defendants
23 pursuant to Federal Rule of Civil Procedure 41 (a)(1); with all parties to bear their
24 own costs.
25 //
26 //
27 //
28 //

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
CASE NO. CV01-01936 GHK (RCx)

1  Dated: December 20, 2004                CONDON & FORSYTH LLP

                                           By: /s/ Rod D. Margo
                                           ROD D. MARGO
                                           FRANK A. SILANE
                                           SCOTT D. CUNNINGHAM
                                           Attorneys for Defendant
                                           SINGAPORE AIRLINES, LTD.

8  Dated: December 14, 2004                GREENE, BROILLET, PANISH & WHEELER LLP

                                           By: /s/ Geoffrey S. Wells
                                           BROWNE GREENE
                                           GEOFFREY S. WELLS
                                           Attorneys for Plaintiffs
                                           CHRISTINA REED and
                                           TIMOTHY REED

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that Case No. CV01-01936, an individual case which is part of MDL Case No. 1394, is hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that Plaintiffs' Liaison Counsel shall treat the settlement amount of the above-captioned action as confidential pursuant to this Court's Case Management Order No. 1 dated July 19, 2001.

DATED: December 21, 2004

                                           _____
                                           Honorable ~~Gary A. Feess~~
                                           United States District Court Judge

-2-

STIPULATION OF DISMISSAL, [PROPOSED] ORDER
CASE NO CV01-01936 GHK (RCx)